IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Income Tax

LEAHA LEWIS,                              )
                                         )
                Plaintiff,               )    TC-MD 110799N
                                         )
        v.                               )
                                         )
DEPARTMENT OF REVENUE,                   )
State of Oregon,                         )
                                         )
                Defendant.               )    **DECISION OF DISMISSAL**

This matter is before the court on its own motion to dismiss for lack of prosecution. On July 12, 2011, the court issued a Journal Entry requesting that Plaintiff provide proof of her appeal with the IRS to Defendant within 14 days of the Journal Entry. On July 22, 2011, Plaintiff filed a written response with the court stating "I do not have an appeal with the IRS for 2007. * * * I am gathering documentation to prove that my business expenses were legitimate for 2007. * * * When I have all the information needed to substantiate all my expenses in 2007 I will turn this into the IRS." (Ptf's Ltr at 1, Jul 22, 2011.)

Having received no further communication from Plaintiff, the court scheduled a case management conference in this matter for 1:30 p.m. on December 28, 2011. Notice of the conference was sent to Plaintiff on December 5, 2011, at the email address that she provided to the court with her Complaint. The notice was not returned as undeliverable. Plaintiff failed to appear for the conference on December 28, 2011. On December 29, 2011, the court issued on Order requiring Plaintiff to file, within 14 days of the Order, "proof of her appeal with the IRS or a written explanation why proof cannot be provided." The Order warned that failure to file proof or a written explanation why proof cannot be provided within 14 days of the date of the Order would result in dismissal of Plaintiff's appeal. As of the date of this Decision, the court has

received no further communication from Plaintiff.  Under such circumstances, the court finds

that Plaintiff's appeal must be dismissed for lack of prosecution.  Now, therefore,

IT IS THE DECISION OF THIS COURT that this matter be dismissed.

Dated this ＿＿ day of January 2012.

_____
ALLISON R. BOOMER
MAGISTRATE PRO TEMPORE


*If you want to appeal this Decision, file a Complaint in the Regular Division of the Oregon Tax Court, by mailing to: 1163 State Street, Salem, OR 97301-2563; or by hand delivery to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your Complaint must be submitted within 60 days after the date of the Decision or this Decision becomes final and cannot be changed.*

*This document was signed by Magistrate Pro Tempore Allison R. Boomer on January 20, 2012.  The Court filed and entered this document on January 20, 2012.*